Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 CR 515 - 1, 2 | **DATE** | 7/1/2013 |
| **CASE TITLE** | USA vs. Dmitry Firtash, aka "Dmytro Firtash" and "DF", Andras Knopp | | |

**DOCKET ENTRY TEXT**

Original Warrants For Arrest issued as to Dmitry Firtash, also known as "Dmytro Firtash," and "DF" and Andras Knopp are hereby quashed. Warrants for Arrest to be issued as to Dmitry Firtash, also known as "Dmytro Firtash," and "DF" and Andras Knopp on the charges of Racketeering Conspiracy; Money Laundering Conspiracy; Interstate Travel in Aid of Racketeering; and Conspiracy to Commit an Offense against the United States. A copy of the warrants are to be provided to Assistant United States Attorney Amarjeet Singh Bhachu.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|